LAZARE KLEIN COMPANY, Appellant, v. M. E. JORDAN, INC., and in the Alternative, L. ERSTEIN & BRO., INC., and in the Alternative, THE NEW YORK CENTRAL RAILROAD COMPANY, Respondents, Impleaded, etc.— Judgment modified by providing that the dismissal of the complaint is without prejudice as to all the defendants except L. Erstein & Bro., Inc., and as to the said defendant L. Erstein & Bro., Inc., the said judgment of dismissal is upon the merits; and as so modified judgment and orders appealed from affirmed, with costs to the

---

* Affd., 251 N. Y. ——.

respondents. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.